## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: KUNTZELMAN, SCOTT A | § Case No. 08-72498 |
| KUNTZELMAN, DONNA L | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $176,700.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $41,532.50 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $6,526.24 | |

3) Total gross receipts of $ 61,592.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,533.61 (see **Exhibit 2**), yielded net receipts of $48,058.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $76,247.70 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,526.24 | 6,526.24 | 6,526.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 41,532.50 | 41,532.50 | 41,532.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $124,306.44 | $48,058.74 | $48,058.74 |

4) This case was originally filed under Chapter 7 on August 05, 2008. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2010        By: /s/JOSEPH D. OLSEN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Mother's Estate 401(K) | 1229-000 | 6,266.06 |
| Mother's Estate (life Ins.) | 1229-000 | 29,000.00 |
| Mother's Estate (residual distribution) | 1229-000 | 26,304.10 |
| Interest Income | 1270-000 | 22.19 |
| **TOTAL GROSS RECEIPTS** | | **$61,592.35** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KUNTZELMAN, SCOTT A | Dividend paid 100.00% on $13,533.61; Claim# SURPLUS; Filed: $13,533.61; Reference: | 8200-000 | 13,533.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$13,533.61** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BYRON BANK | 4110-000 | N/A | 64,956.22 | 0.00 | 0.00 |
| BYRON BANK | 4110-000 | N/A | 11,291.48 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $0.00 | $76,247.70 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,559.68 | 5,559.68 | 5,559.68 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 146.50 | 146.50 | 146.50 |
| YALDEN, OLSEN & WILLETTE | 3110-000 | N/A | 792.00 | 792.00 | 792.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 28.06 | 28.06 | 28.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,526.24 | 6,526.24 | 6,526.24 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rockford Mercantile Agency Inc | 7100-000 | N/A | 1,617.09 | 1,617.09 | 1,617.09 |
| Rockford Mercantile Agency Inc | 7990-000 | N/A | 50.75 | 50.75 | 50.75 |
| LVNV Funding LLC | 7100-000 | N/A | 14,225.06 | 14,225.06 | 14,225.06 |
| LVNV Funding LLC | 7990-000 | N/A | 446.39 | 446.39 | 446.39 |
| LVNV Funding LLC | 7100-000 | N/A | 24,426.68 | 24,426.68 | 24,426.68 |
| LVNV Funding LLC | 7990-000 | N/A | 766.53 | 766.53 | 766.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 41,532.50 | 41,532.50 | 41,532.50 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-72498
**Case Name:** KUNTZELMAN, SCOTT A
KUNTZELMAN, DONNA L
**Period Ending:** 02/10/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/05/08 (f)
**§341(a) Meeting Date:** 09/03/08
**Claims Bar Date:** 02/05/09

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 402 Garfield Street, Lea | 99,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Byron Bank/ checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Foreston State Bank/ savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing and personal items | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding Rings | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interest in Rocknel Fastener 401K Plan | 67,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1997 Volvo | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Chrysler 300M | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Mother's Estate 401(K) (u) | 0.00 | Unknown | | 6,266.06 | FA |
| 11 | Mother's Estate (life Ins.) (u) | 0.00 | Unknown | | 29,000.00 | FA |
| 12 | Mother's Estate (residual distribution) (u) | 0.00 | 0.00 | | 26,304.10 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.19 | FA |
| 13 | Assets Totals (Excluding unknown values) | $176,700.00 | $0.00 | | $61,592.35 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** November 23, 2009 (Actual)

Printed: 02/10/2010 12:42 PM   V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-72498 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KUNTZELMAN, SCOTT A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KUNTZELMAN, DONNA L | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 35-6800099 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/08 | {11} | Scott Kuntzelman | Life Ins. proceedss @ Mutual of Omaha | 1229-000 | 29,000.00 | | 29,000.00 |
| 12/26/08 | {10} | Vanguard Fiduciary Trust Company | 401K | 1229-000 | 6,266.06 | | 35,266.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 35,266.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.43 | | 35,267.54 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 35,268.88 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 35,270.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.43 | | 35,271.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 35,273.23 |
| 06/05/09 | | To Account #*********0466 | Bond premium pymt | 9999-000 | | 28.06 | 35,245.17 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 35,246.70 |
| 07/09/09 | {12} | Estate of Sharon Kuntzelman | Residual distribution from mother's estate | 1229-000 | 26,304.10 | | 61,550.80 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 61,552.92 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.59 | | 61,555.51 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.51 | | 61,558.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.51 | | 61,560.53 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.59 | | 61,563.12 |
| 12/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.17 | | 61,564.29 |
| 12/15/09 | | To Account #*********0466 | Prep. of Amd Dist. Rpt | 9999-000 | | 61,564.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 61,592.35 | 61,592.35 | $0.00 |
| Less: Bank Transfers | 0.00 | 61,592.35 | |
| Subtotal | 61,592.35 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $61,592.35 | $0.00 | |

{} Asset reference(s)

Printed: 02/10/2010 12:42 PM  V.11.54

Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-72498 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KUNTZELMAN, SCOTT A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KUNTZELMAN, DONNA L | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 35-6800099 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/10/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #*********0465 | Bond premium pymt | 9999-000 | 28.06 | | 28.06 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-72498, Bond #016018067 | 2300-000 | | 28.06 | 0.00 |
| 12/15/09 | | From Account #*********0465 | Prep. of Amd Dist. Rpt | 9999-000 | 61,564.29 | | 61,564.29 |
| 12/31/09 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,559.68, Trustee Compensation; Reference: | 2100-000 | | 5,559.68 | 56,004.61 |
| 12/31/09 | 103 | YALDEN, OLSEN & WILLETTE | Dividend paid 100.00% on $792.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 792.00 | 55,212.61 |
| 12/31/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $146.50, Trustee Expenses; Reference: | 2200-000 | | 146.50 | 55,066.11 |
| 12/31/09 | 105 | Rockford Mercantile Agency Inc | Dividend paid 100.00% on $1,617.09; Claim# 3; Filed: $1,617.09; Reference: | 7100-000 | | 1,617.09 | 53,449.02 |
| 12/31/09 | 106 | LVNV Funding LLC | Dividend paid 100.00% on $14,225.06; Claim# 4; Filed: $14,225.06; Reference: | 7100-000 | | 14,225.06 | 39,223.96 |
| 12/31/09 | 107 | LVNV Funding LLC | Dividend paid 100.00% on $24,426.68; Claim# 5; Filed: $24,426.68; Reference: | 7100-000 | | 24,426.68 | 14,797.28 |
| 12/31/09 | 108 | Rockford Mercantile Agency Inc | Dividend paid 100.00% on $50.75; Claim# 3I; Filed: $50.75; Reference: | 7990-000 | | 50.75 | 14,746.53 |
| 12/31/09 | 109 | LVNV Funding LLC | Dividend paid 100.00% on $446.39; Claim# 4I; Filed: $446.39; Reference: | 7990-000 | | 446.39 | 14,300.14 |
| 12/31/09 | 110 | LVNV Funding LLC | Dividend paid 100.00% on $766.53; Claim# 5I; Filed: $766.53; Reference: | 7990-000 | | 766.53 | 13,533.61 |
| 12/31/09 | 111 | KUNTZELMAN, SCOTT A | Dividend paid 100.00% on $13,533.61; Claim# SURPLUS; Filed: $13,533.61; Reference: | 8200-000 | | 13,533.61 | 0.00 |

|  | ACCOUNT TOTALS | 61,592.35 | 61,592.35 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 61,592.35 | 0.00 | |
|  | Subtotal | 0.00 | 61,592.35 | |
|  | Less: Payments to Debtors | | 13,533.61 | |
|  | NET Receipts / Disbursements | $0.00 | $48,058.74 | |

{} Asset reference(s)

Printed: 02/10/2010 12:42 PM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-72498 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | KUNTZELMAN, SCOTT A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KUNTZELMAN, DONNA L | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 35-6800099 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/10/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : | 61,592.35 | | | | |
| | | Net Estate : | $61,592.35 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****04-65 | 61,592.35 | 0.00 | 0.00 |
| Checking # ***-*****04-66 | 0.00 | 48,058.74 | 0.00 |
| | $61,592.35 | $48,058.74 | $0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

### CUSTOMER SERVICE INFORMATION

Service Center:     1-800-634-5273



00017291    802 24 03210 - NNNNN  1 000000000  60 0000
08-72498 KUNTZELMAN SCOTT A
KUNTZELMAN DONNA L DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312195150466 | 61,564.29 | 0.00 |
| **Total** | **$61,564.29** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312195150465 | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$61,564.29** | **$0.00** |

**All Summary Balances** shown are as of January 29, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase**

May 30, 2009 through June 30, 2009
Primary Account: **000312195150465**

ACCOUNT # 000312195150466
KUNTZELMAN SCOTT A
08-72498

**IMAGES**



005980726055 JUN 12 #0000000101 $28.06



005980726055 JUN 12 #0000000101 $28.06



Page 4 of 4

**JPMorganChase**

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

ACCOUNT # 000312195150466
KUNTZELMAN SCOTT A
08-72498

**IMAGES**



009490227108 JAN 07 #0000000102 $5,559.68



009490227108 JAN 07 #0000000102 $5,559.68



009490227109 JAN 07 #0000000103 $792.00



009490227109 JAN 07 #0000000103 $792.00

JPMorganChase

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

ACCOUNT # 000312195150466
KUNTZELMAN SCOTT A
08-72498



009490227110 JAN 07 #0000000104 $146.50



009490227110 JAN 07 #0000000104 $146.50





008290933028 JAN 05 #0000000105 $1,617.09



008290933028 JAN 05 #0000000105 $1,617.09



JPMorganChase

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

ACCOUNT # 0003121951 50466
KUNTZELMAN SCOTT A
08-72498



0083904 15953 JAN 07 #0000000106 $14,225.06



0083904 15953 JAN 07 #0000000106 $14,225.06



0083904 15955 JAN 07 #0000000107 $24,426.68



0083904 15955 JAN 07 #0000000107 $24,426.68

**JPMorganChase**

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

ACCOUNT # 000312195150466
KUNTZELMAN SCOTT A
08-72498



008090583731 JAN 07 #0000000108 $50.75



008090583731 JAN 07 #0000000108 $50.75



008390415948 JAN 07 #0000000109 $446.39



008390415948 JAN 07 #0000000109 $446.39



Page 7 of 8

JPMorganChase

January 01, 2010 through January 29, 2010

Primary Account: **000312195150465**

ACCOUNT # 000312195150466
KUNTZELMAN SCOTT A
08-72498



008390415964 JAN 07 #0000000110 $766.53



008390415964 JAN 07 #0000000110 $766.53



007880322570 JAN 04 #0000000111 $13,533.61



007880322570 JAN 04 #0000000111 $13,533.61

Page 8 of 8